UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 DEC 13 PM 4: 23

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DORSEY HUNT, aka "Jah,"<br>FELICIA LIVINGSTON, aka "Snoop,"<br>MICHAEL BROCKENBAUGH, aka "JD,"<br>and MAURICE NIX, aka "Moe,"<br>    Defendants. | Case No. 5:15-cr-114 - 1-4-5-6 |

THIRD SUPERSEDING INDICTMENT

The Grand Jury charges as follows:

Between in or about 2013 and in or about September 2015, in the District of Vermont and elsewhere, the defendants, DORSEY HUNT, aka "Jah," FELICIA LIVINGSTON, aka "Snoop," MICHAEL BROCKENBAUGH, aka "JD," and Maurice Nix, aka "Moe," knowingly and willfully conspired with each other, Michael Villanueva, aka "Unc," and others known and unknown to the grand jury, to distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II controlled substance.

The conduct of defendants DORSEY HUNT, aka "Jah," and FELICIA LIVINGSTON, aka "Snoop," as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 100 grams or more of a mixture or substance containing a detectable amount of heroin and 28 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B))

The conduct of defendant MICHAEL BROCKENBAUGH, aka "JD," as a member of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved a kilogram or more of a mixture or substance containing a detectable amount of heroin and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A))

A TRUE BILL

ERIC S. MILLER
United States Attorney

Presented by:

KUNAL PASRICHA
Assistant United States Attorney
Burlington, Vermont
December 13, 2016