UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

FELICIA LIVINGSTON, aka "Snoop,"
MICHAEL BROCKENBAUGH, aka "JD,"
and MAURICE NIX, aka "Moe,"
    Defendants.

Case No. 5:15-cr-114

## FOURTH SUPERSEDING INDICTMENT

The Grand Jury charges as follows:

### COUNT 1

Between in or about 2013 and in or about September 2015, in the District of

Vermont and elsewhere, the defendants, FELICIA LIVINGSTON, aka "Snoop,"

MICHAEL BROCKENBAUGH, aka "JD," and MAURICE NIX, aka "Moe,"

knowingly and willfully conspired with each other, Michael Villanueva, aka "Unc,"

Dorsey Hunt, aka "Jah," and others known and unknown to the grand jury to

distribute heroin, a Schedule I controlled substance, and cocaine base, a Schedule II

controlled substance.

The conduct of defendant FELICIA LIVINGSTON, aka "Snoop," as a member

of the conspiracy, including the reasonably foreseeable conduct of other members of

the conspiracy, involved 100 grams or more of a mixture or substance containing a

detectable amount of heroin and 28 grams or more of a mixture or substance

1

containing a detectable amount of cocaine base.

The conduct of defendant MICHAEL BROCKENBAUGH, aka "JD," as a member of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved a kilogram or more of a mixture or substance containing a detectable amount of heroin and 280 grams or more of a mixture or substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A), (B) & (C))

## COUNT 2

On or about October 1, 2015, in the District of Vermont and elsewhere, defendant MICHAEL BROCKENBAUGH, aka "JD," knowingly and intentionally used a communication facility, a telephone, in facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is, distribution of heroin, a schedule I controlled substance, and cocaine base, a schedule II controlled substance.

(21 U.S.C. §§ 843(b))

## COUNT 3

On or about October 2, 2015, in the District of Vermont and elsewhere, defendant MICHAEL BROCKENBAUGH, aka "JD," knowingly and intentionally used a communication facility, that is, a telephone, in facilitating the commission of a felony under Title 21, United States Code, Section 841(a)(1), that is distribution of heroin, a schedule I controlled substance, and cocaine base, a schedule II controlled substance.

(21 U.S.C. §§ 843(b))

A TRUE BILL

_Eugenia A. P. Cowles (by JRP)_
EUGENIA A.P. COWLES
Acting United States Attorney
Burlington, Vermont
June 6, 2017

4