9/25/18

5:15-CR-1145
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 OCT -2 PM 1:27

CLERK
BY_____
DEPUTY CLERK

To whom this may concern:

I am writing this regarding Michael Brockenbaugh. My name is Janelle McDermott. I have two children with him. A son Michael 20yrs and a daughter 4yrs. Him and his children are very close as well as myself. His daughter ask and talks about him everyday. I need him in there lives as much if not more then hisself. Regardless if its on visits. We have known eachother since we were teenagers. He is my bestfriend. He has impacted many lives. And family and friends would love to be able to visit at everychance. I would greatly appreciate if he was placed as close to his family and friends to Connecticut as possible, for his own mental and emotional health as well as ours. Please take this letter into consideration when deciding where he will be placed.

Sincerly,
Janelle McDermott
Janelle McDermott

My Children
NEED Contact Visits
PLEASE

09/24/2018

To Whom it may concern;

My name is NQUAVAH HARRIS and this letter is in reference to someone whom is considered a family a brother to me a uncle to my children and a father to his own Michael Brockenbaugh it would be greatly appreciated if this all can be considered during his sentence my family as well as his own have been greatly affected by this whole situation and it has taken time for us all to adjust to it he was a great mentor and inspiration to us all. And this situation has taken a toll and extremely hard for us all to deal with if by any chance we ask please have consideration and allow Michael to be close to family and love ones that whom cared for him and also the ones he has help nurture into great young people. As a mother I want what's best for my children as we all do! I pray that justice will prevail and in the process that we as well as him can be a support system to each other.

Sincerely

NQUAVAH HARRIS

RECEIVED 09/28/2018
nquavah harris
EJASR LAW OFFICE
4752332598
p.3

09/26/18

TO, whom It may concern I Selicia have known Michael BrockenBaugh for almost 3 years, He is a great man a family man he cares greatly about his family they mean the world to him. He's the kind of man that would help a Stranger out of a situation even If he was in one himself. He has a Beatyful little girl named Purrity who can't see him right now but he sure can still be in her life with visits this is why I hope who ever is reading this could take Into their hearts to Be so grant him a closer Place to life and he can stay in his familys time to time He also has a older son named michael who is 20 years old who has lived most of his life with his father By his side even though he is 20 all kids still Need there father. If there s any questioning about It I am his son's girlfriend I also have a daughter around his ughter's age who loves her step grandpa

She is very fond of him, In tough times he has helped me with staying stable with everything that go's on in my life Being there for me to talk to to have a Shoulder to cry on. Even though he would tell me not to cry and to wipe my tears and make my dreams come true for me and my daughter. I know I am rambleing on about how good of a person he is but you know something It's Because It's true. I hope when reading this you can give michael a chance to show everyone his family is everything to him.

regards,
Selicia lewin

9/24/201

To Whom it may concern;

My name is Michael Jalen Brockenbaugh. This letter is in reference to my father "Michael Brockenbaugh". My father has been gone nearly two years just being held. I only have phone calls with my father aswell as my mother on baby sister. To travel to see my father takes six hours, just for on one hour visit threw glass window on a telephone chained up to a wall. Worst sight I ever saw of my own father. I will not let that change the way I veiw on think of my father, he is a human not some kind of animail. I have all but good memories with my father. It was always the little things that mattred to him. Such as eating as a family, taking his children to the park, teaching me how to properly workout. My father isn't to much of a book smart man, but he always helped me with my school work even if it took away his sleep. He always kept my mother happy! Taught me how to be a young man with dignity. My father is the type of man who would give chipthing to the homeless an feed the people in need. My father is a good human. I love my father so dose his daughter and my mother. We are all my father has to call family. Me an my father including mother always had a healthy relatioship. Please your honor keep consideratetion to keep "Michael Brockenbaugh" close to home and family. Sincerely,